pellate Division, First Department. May 29, 1913.) Action by Jesse C. Bennett and another against William D. Campbell and others. J. A. Speer, of New York City, for appellants. E. J. Myers, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., in the towns of Yorktown and New Castle, Westchester County, etc. No opinion. Motion granted, without costs. Settle order before Mr. Justice Putnam.

BERG, Respondent, v. KEBER, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Charles Berg, as executor, against Elizabeth Keber, impleaded with others. E. J. Rowe, of New York City, for appellant. W. Brunner, of New York City, for respondent. No opinion. Judgment (78 Misc. Rep. 468, 138 N. Y. Supp. 358) and order affirmed, with costs. Order filed.

BERNSTEIN, Respondent, v. FRIEND, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Esther Bernstein against Isaac Friend.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to plaintiff to serve an amended complaint within 20 days on payment of $10 costs.

In re BLACK. (Supreme Court, Appellate Division, Second Department. June 13, 1913.) In the matter of the application of William Harman Black to examine Daniel J. Sully in proceedings supplementary to execution. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 562, 123 N. Y. Supp. 371.

BLAKELY, Respondent, v. BLAKELY, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Julius W. Blakely. against Grace R. Blakely. No opinion. Judgment unanimously affirmed.

BLUM v. SCOTTISH UNION & NATIONAL INS. CO. OF EDINBURGH. (Supreme Court, Appellate Division, First Department. July 10, 1913.) Appeal from Special Term, New York County. Action by Max D. Blum against the Scottish Union & National Insurance Company of Edinburgh. From an order compelling defendant to furnish a bill of particulars, it appeals. Order modified and affirmed. Benedict M. Holden, of New York City (Augustus L. Richards, of New York City, of counsel), for appellant. Slade & Slade, of New York City (David Slade, of New York City, of counsel), for respondent.
PER CURIAM. The order appealed from should be modified, by denying the motion re-quiring the defendant to furnish the particulars specified in the notice therefor, except the eighteenth, nineteenth, and twentieth demands, as to which a bill of particulars is required, and, as so modified, affirmed, without costs to either party.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, First Department. June 20, 1913.) In the matter of the Board of Rapid Transit Railroad Commissioners. With this case has been consolidated in this court cases bearing titles as follows: In re Third Avenue Route. In re Seventh and Eighth Avenue Route. In re Fourteenth Street Route. In re White Plains Road Route. No opinion. Motions granted. Settle orders on notice.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners, etc., for the appointment of three commissioners, etc.; Brooklyn and Manhattan Loop Lines, Brooklyn Sections.
PER CURIAM. Motion granted, and time extended for one year.
CARR, J., not voting.

In re BOARD OF SUP'RS OF PUTNAM COUNTY. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application of the Board of Supervisors of Putnam County to acquire certain real estate, etc.; Putnam Valley-Tompkins Corners County Highway, Road No. 974. No opinion. Order of the County Court of Putnam county, in so far as appealed from, affirmed, with $10 costs and disbursements.

BOBIS v. WARHEIT PUB. CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Sarah Bobis against the Warheit Publishing Company. No opinion. Motion granted, with $10 costs. Order filed.

In re BOHAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Owen W. Bohan. No opinion. Referee's report approved, and proceedings dismissed. Settle order on notice. See, also, 140 N. Y. Supp. 1110.

In re BOLTON'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) In the matter of the appraisal of the estate of Adele Bolton, deceased, under the acts in relation to taxable transfer of property. No opinion. Order of the Surrogate's Court of Westchester county affirmed, with costs.

BOVAR, Respondent, v. MECHANICVILLE ELECTRIC LIGHT & GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Mary

Bovar, as administratrix, etc., of Frank J. Malbeauf, deceased, against the Mechanicville Electric Light & Gas Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRAUN, Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Rudolph Braun, an infant, against William R. H. Martin and others. J. J. Coughlan, of New York City, for appellants. O. L. Mills, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOTCHKISS, J., dissents, on Weaver v. Jackson, 153 App. Div. 661, 138 N. Y. Supp. 609.

BRAZIER, Respondent, v. GASTEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Richard Brazier against Mary Gastel and another. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

BRENGEL, Appellant, v. HICKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Hedwig Brengel against Edward Hicks and Henry Hicks, copartners, etc.

PER CURIAM. The complaint charges that plaintiff was injured in consequence of the horse which she was driving taking fright at a steam apparatus owned and operated by defendants, and running away, "which was solely due to and solely the result of the negligence of the defendants in the manner in which they were operating and managing said steam apparatus at said time and place in question." It charges negligence of the defendants in that they so operated the steam apparatus as to cause the horse to take fright, and run away, and in this respect is distinguishable from Pagnillo v. Mack P. & O. Co., 142 App. Div. 491, 127 N. Y. Supp. 72, in which case no fact was alleged from which negligence of defendant could even be inferred. While the complaint cannot be commended, it is not so bad as to require judgment against the plaintiff on the pleadings. The order is reversed, with $10 costs and disbursements, and defendants' motion for judgment on the pleadings is denied, with $10 costs.

BRILL et al. v. JEFFERSON BANK. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Maurice Brill and others against the Jefferson Bank. No opinion. Application granted. Order signed.

BRITT, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Bernard Britt against the City of New York.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the case went to the jury upon the theory that the proximate cause of the injury was the failure of the master to furnish a safe place to work. There was no evidence that plaintiff was engaged at the time of the collapse in using the defective structure as a place to work. The evidence is that he was aiding in the repair of a defective structure.

THOMAS and CARR, JJ., dissent.

BRODHEAD, Respondent, v. KING, RICE & GANEY CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Elizabeth Brodhead against the King, Rice & Ganey Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

HOWARD, J., not sitting.

BROWNRIGG, Respondent, v. BROWNRIGG, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Jeanette S. Brownrigg against Leo W. Brownrigg. No opinion. Order (80 Misc. Rep. 108, 140 N. Y. Supp. 778) affirmed with $10 costs and disbursements. See, also, 142 N. Y. Supp. 1110.

BROWNRIGG, Respondent, v. BROWNRIGG, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1913.) Action by Jeanette S. Brownrigg against Leo W. Brownrigg.

PER CURIAM. Motion to resettle order granted, upon condition that defendant proceed with the trial of the action when reached upon the present calendar of the Special Term of this court; otherwise, motion denied, with $10 costs. See, also, 142 N. Y. Supp. 1110.

BRYDGES, Respondent, v. SANITARY CAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by John Brydges against the Sanitary Can Company. No opinion. Judgment and order affirmed, with costs.

BURNSTINE v. BURNSTINE. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Aurelia M. Burnstine against Nathan Burnstine. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 342.

BURRIECI, Respondent, v. GOLLIEK & SMITH, Appellants, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Josephine Burrieci, as administratrix, against Golliek & Smith, impleaded with others. T. H. Lord, of New York City, for appellants. R. Maggio, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BURRIECI v. PELHAM OPERATING CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Josephus Burrieci against the Pelham Operating Compa-